UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PRIME ALLIANCE BANK, INC. and
SERTANT CAPITAL, LLC,

    Plaintiffs,

v.

THE GREAT LAKES TISSUE
COMPANY, TISSUE DEPOT, INC.,
and CHEBOYGAN ENERGIES &
BIOFUELS CORP.,

    Defendants.

Case No. 23-10564
Honorable Laurie J. Michelson

## JUDGMENT

On May 24, 2024, the Court granted in part Prime Alliance Bank and Sertant Capital, LLC's motion for default judgment on their claims for fraudulent transfer (Count I), breach of contract (Count II), and claim and delivery (Count III), against the Great Lakes Tissue Company, Tissue Depot, Inc., and Cheboygan Energies & Biofuels Corp. *See Prime All. Bank, Inc. v. Great Lakes Tissue Co.*, No. 23-10564, 2024 WL 2607277 (E.D. Mich. May 24, 2024) *available at* (ECF No. 74).

It is therefore ORDERED that judgment is entered in favor of Plaintiffs and against GLT, Tissue Depot, and CEBC, jointly and severally, in the amount of $2,706,496.72, plus prejudgment interest after April 8, 2024, at a rate of $351.28 per day, until the date of this judgment. Interest shall accrue post-judgment at the rate provided under applicable law. Plaintiffs shall be entitled to recover their reasonable attorney fees and costs to collect and enforce this judgment under

applicable law. It is also ORDERED that Plaintiffs are entitled to possession of the equipment identified at ECF No.73-1, PageID.2890–2892.

Pursuant to Plaintiffs' request, the Court dismissed the remaining conversion claim as to all Defendants on June 6, 2024. (*See* ECF No. 77.)

Thus, as all claims have been determined or dismissed, it is hereby ORDERED and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED.

                                            KINIKIA ESSIX
                                            CLERK OF COURT

                       By:   s/Holly A. Ryan
                               Deputy Clerk

Approved:

s/Laurie J. Michelson
LAURIE J. MICHELSON
United States District Judge

Dated: June 6, 2024
Detroit, Michigan

2